UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

       Plaintiff-Applicant,    20 **CIVIL** 2872 (VSB)

                  **JUDGMENT**

   -against-

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

       Defendant.
-----------------------------------------------------------------X

In re: BERNARD L. MADOFF,

       Debtor,

-----------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Substantively
Consolidated SIPA Liquidation of Bernard L. Madoff
Investment Securities LLC and Bernard L. Madoff,

       Plaintiff,

   - against –

ZIESES INVESTMENT PARTNERSHIP,
MARSHALL ZIESES, DEBRA S. ZIESES, NEIL R.
ZIESES, CARYN ZIESES, BARRY INGER, ALLAN
INGER, and SUSAN B. ALSWANGER,

       Defendants.
-----------------------------------------------------------------X

    It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 13, 2024, the Trustees motion for summary judgment is GRANTED and Defendants' motion for summary judgment is DENIED. The Trustee

is entitled to judgment in the amount of $1,015,000. The Trustee is also entitled to prejudgment interest at a rate or 4%, from November 12, 2010 through the date that judgment is entered, in the amount of $552,048.77; accordingly, the case is closed.

**Dated:**  New York, New York
June 14, 2024

                                                **RUBY J. KRAJICK**

                                                **Clerk of Court**

**BY:**  *K. Mango*

                                                **Deputy Clerk**